MISHCON DE REYA NEW YORK LLP
Robert A. Whitman
Email: robert.whitman@mishcon.com
750 7th Avenue, 26th Floor
New York, New York  10019
Telephone: 212.612.3270
Facsimile: 212.612.32977

Attorneys for Plaintiff
SAMPO IP LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMPO IP LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 3:15-CV-01495 (VC)<br><br>**Honorable Vince Chhabria**<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF ANTICIPATED RESOLUTION** |

The Court, having considered the Parties' Joint Motion to Stay All Deadlines and Notice of Anticipated Resolution, finds that the Motion should be, and is, Hereby, GRANTED, and it is

ORDERED that further proceedings in the case between Sampo IP, LLC ("Sampo") and Twitter, Inc. ("Twitter") are stayed for thirty (30) days, until September 2, 2015, pending the finalization of dismissal papers between Sampo and Twitter.

Dated: August 3, 2015

　　　　　　　　　　　　　　　　　　　Honorable Vince Chhabria

1